UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDWARD IRVING,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN-SWARTHOUT,<br><br>　　　　　Respondent. | No. CV 11-4688-JFW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Respondent's motion to dismiss is denied. The matter is referred to the Magistrate Judge for further proceedings.

DATED: February 18, 2014

　　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE